FILED
February 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003289420

**Fredrick E. Clement**
Attorney at Law
1300 West Street, Suite C
Redding, CA 96001
(530) 229-3900
Email: fredrick@fredrickclementlaw.com
State Bar No. 132520

Attorney for Debtors Dean Hinshaw and Nancy Hinshaw

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

Dean Hinshaw and Nancy Hinshaw,

Debtor.

Case No. 2011-22481

Notice of Intent to Confirm Chapter 13 Plan
with Motion to Value Collateral of Debtors' Residence,
located at 13895 Shangrila, Redding, CA 96003
Pursuant to Eastern District of California General Order 05-03, para. 3(b)

1  You are hereby notified that the debtor has filed a proposed chapter 13 plan which includes a
2  motion seeking to Motion to Value Collateral of Debtors' Residence, located at 13895 Shangrila,
3  Redding, CA 96003.  If you oppose the motion and/or wish to object to the confirmation of the chapter
4  13 plan, it is incumbent on you to file and serve an objection no later than 7 calendar days after the first
5  date set for the meeting of creditors held pursuant to 11 U.S.C. § 341(a) and set it for hearing on April
6  12, 2011 at 1:30 PM  in the United States Bankruptcy Court, Eastern District of California, Sacramento
7  Division, located at U.S. Courthouse, 501 I Street, 6th Floor, Courtroom 33, Department E, Sacramento,
8  California 95814.

10  Dated: February 17, 2011

_____
Fredrick E. Clement
Attorney for Debtors Dean Hinshaw and Nancy Hinshaw